IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **TONYA LARKIN (COLLINS),**<br><br>              **Plaintiff,**<br><br>              -v-<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,**<br><br>              **Defendants.** | Civil Case Number: 7:23-cv-00121-HL |

## NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **TRANS UNION, LLC only** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation of Dismissal with prejudice as to **TRANS UNION, LLC**. It is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to finalize settlement details.

    Dated:  January 9, 2024


/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Telephone: 732.695.3282
Email: yzelman@marcuszelman.com
*Pro Hac Vice*
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **9th day of January 2024**.  Notice of this filing will be sent to all appearing parties by operation of the Court's electronic filing system.

Dated:  January 9, 2024

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.