IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **TONYA LARKIN (COLLINS),**<br><br>Plaintiff,<br><br>-v-<br><br>**TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendants. | Civil Case Number: 7:23-cv-00121-HL |

## STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC

Plaintiff Tonya Larkin (Collins) and Defendant Trans Union, LLC ("The Parties") hereby stipulate to a dismissal of all of Plaintiff's claims against Defendant **TRANS UNION, LLC only** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **TRANS UNION, LLC**.

Dated:  February 22, 2024

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
Admitted Pro Hac Vice
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Telephone: (732) 695-3282
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*Tonya Larkin (Collins)*

/s/ Paul L. Myers
Paul L. Myers, Esq.
Quilling, Selander, Lownds,
Winslet & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
Telephone: (214) 560-5452
Email: pmyers@qslwm.com
*Attorney for Defendant*
*Trans Union, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed on February 22, 2024 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Yitzchak Zelman