# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| TONYA LARKIN (COLLINS), : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 7:23-CV-121 (LAG) |
| : | |
| EXPERIAN INFORMATION : | |
| SOLUTIONS, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

Before the Court is the Parties' Joint Motion for Entry of Stipulated Protective Order. (Doc. 21). Therein, the Parties state that "[t]he nature of this action necessarily involves personal and confidential information regarding Plaintiff and trade secrets and other confidential and proprietary information of Defendant." (*Id.* ¶ 1). The Parties therefore seek entry of a protective order to "protect certain documents and information which have been and may be sought, produced, or exhibited by and among the parties to this action relating to trade secrets, confidential research, development, technology, or other proprietary information belonging to the Defendant and/or personal income, credit, and other confidential information of Plaintiff." (*Id.* ¶ 2).

Under Federal Rule of Civil Procedure 26(c), the Court may enter a protective order upon finding good cause. Stipulated protective orders, however, have become "commonplace in the federal courts" to allow the parties "to designate particular documents as confidential… and postpone[] the necessary showing of 'good cause' required for entry of a protective order until the confidential designation is challenged." *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1307 (11th Cir. 2001) (per curiam) (first citing Fed. R. Civ. P. 26(c)(7); and then citing *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 356 (11th Cir. 1987) (per curiam)). For good cause shown, the

Parties' Motion (Doc. 21) is **GRANTED**. Accordingly, the Parties' Stipulated Protective Order (Doc. 21-1) is hereby **ADOPTED** and made the **ORDER** of the Court.

      **SO ORDERED**, this 9th day of July, 2024.

                              <u>/s/ Leslie A. Gardner</u>
                              **LESLIE A. GARDNER, CHIEF JUDGE**
                              **UNITED STATES DISTRICT COURT**