# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **TONYA LARKIN (COLLINS),**<br><br>**Plaintiff,**<br><br>-v-<br><br>**TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>**Defendants.** | **Case No: 7:23-cv-00121-HL**<br><br>**NOTICE OF SETTLEMENT** |

The undersigned counsel for the Plaintiff hereby provides notice to the Court that a settlement has been reached between Plaintiff and Experian Information Solutions, Inc., the sole remaining Defendant in this action. The settlement is in the process of being finalized. Once the settlement agreement is fully executed, the Plaintiff shall file a Stipulation of Dismissal with prejudice, and without attorneys' fees or costs. Accordingly, it is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to finalize the settlement in this action.

As Plaintiff has now resolved his claims with all of the parties to this action, it is respectfully requested that the remaining case deadlines be adjourned *sine die*.

Dated: July 23, 2024

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Fax: (732) 298-6256
Email: YZelman@MarcusZelman.com
*Attorneys for Plaintiff*
*Tonya Larkin (Collins)*