# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| TONYA LARKIN (COLLINS), | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:23-CV-121 (LAG) |
| EXPERIAN INFORMATION SOLUTIONS, LLC, | : |
| Defendant. | : |

## ORDER

The Court has been advised that the Parties have agreed to a settlement of this case. (Doc. 28). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case in order to allow the parties to finalize the settlement agreement. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 2nd day of August, 2024.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**