IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **TONYA LARKIN (COLLINS),**<br><br>Plaintiff,<br><br>-v-<br><br>**TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendants. | Civil Case Number: 7:23-cv-00121-HL |

## STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to F.R.Civ.P. 41(a)(1)(ii), Plaintiff Tonya Larkin (Collins) and Defendant Experian Information Solutions, Inc. ("The Parties") hereby stipulate to a dismissal of all of Plaintiff's claims against remaining Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: August 20, 2024

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
Admitted Pro Hac Vice
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Telephone: (732) 695-3282
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*Tonya Larkin (Collins)*

/s/ Julian Gale
Julian Gale, Esq.
Jones Day
Admitted Pro Hac Vice
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (603) 828-9723
Email: jgale@joneday.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

<div style="display:flex">

<div>

/s/ Misty Oaks Paxton
Misty Oaks Paxton, Esq.
The Oaks Firm
3895 Brookgreen Pt.
Decatur, GA 30034
Telephone: (404) 500-7861
Email: attyoaks@yahoo.com
*Attorney for Plaintiff*
*Tonya Larkin (Collins)*

</div>

<div>

/s/ Grant Schnell
Grant Schnell, Esq.
Jones Day
1221 Peachtree Street NE, Suite 400
Atlanta, GA 30361
Telephone: (404) 581-8023
Email: gschnell@jonesday.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

/s/ Paul L. Myers
Paul L. Myers, Esq.
Quilling Selander Lownds Winslett Moser
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
Telephone: (214) 560-5452
Email: pmyers@qslwm.com
*Attorney for Defendant*
*Trans Union, LLC*

</div>

</div>

## CERTIFICATE OF SERVICE

I hereby certify that this document filed on August 20, 2024 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Yitzchak Zelman